■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY DENDY, Appellant. [652 NYS2d 536] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Brill, J.), rendered October 12, 1994, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree (two counts), and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that he was denied a fair trial as a result of the prosecutor's comments during summation is without merit. The prosecutor's remarks constituted a fair response to the defense counsel's summation (*see, People v Blair,* 226 AD2d 470; *People v Clark,* 222 AD2d 446; *People v Russo,* 201 AD2d 512, *affd* 85 NY2d 872; *People v Balnavis,* 175 AD2d 134).

The defendant's further contention that the court's charge to the jury was confusing and contradictory is also without merit. The court correctly instructed the jury, *inter alia,* not to consider matters outside of the evidence and that reasonable doubt must be founded on the evidence or lack of evidence before them (*People v Coleman,* 70 NY2d 817; *People v Canty,* 60 NY2d 830; *People v Moore,* 185 AD2d 251).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Copertino, J. P., Joy, Krausman and McGinity, JJ., concur.